UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

J & J SPORTS PRODUCTIONS, INC.

                 Plaintiff,                             Index # 08-CV-02868

      -against-

                                            **CERTIFICATE OF SERVICE**

LOS PAISAS RESTAURANT DELI
and ELOY CASTRO
and LAURA CASTRO

                 Defendants,

_____

       I certify that a copy of the Initial Pre-Trial Conference and Case Management Plan was sent via the U.S. Postal Service certified mail within the State of New York, First Class Mail addressed to the following on March 25, 2008:

To:    Los Paisas Restaurant Deli
       898 Amsterdam Avenue
       New York, NY 10025

       Eloy Castro
       57 W. 84th Street, Apt. 4E
       New York, NY 10025

       Laura Castro
       57 W. 84th Street, Apt 4E
       New York, NY 10025

                   By:    /s/ Lucille Eichler
                            Lucille Eichler
                            Paul J. Hooten & Associates
                            5505 Nesconset Highway, Suite 203
                            Mt. Sinai, NY 11766