# PAUL J. HOOTEN & ASSOCIATES

ATTORNEYS AT LAW
5505 NESCONSET HIGHWAY
SUITE 203
MT. SINAI, NEW YORK 11766
PHONE (631) 331-0547
FAX (631) 331-2627

Website:
www.pjhooten.com

email address:
pjh@pjhooten.com

April 10, 2008

United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

To The Hon. Richard M. Berman

**MEMO ENDORSED**

RE:   J & & Sports Productions, Inc.
      V. Los Paisas Restaurant Deli,
      Eloy Castro and Laura Castro
Index#: 08 CV 2868



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-14-08

Mr. Hooten represents the Plaintiff in the above referenced matter, which is scheduled for a pre-trial conference on April 15, 2008 at 9:00 AM. At this time I would like to request that this matter be adjourned as we are very close to settling and have not received the affidavit of service back from the process server yet. We will notify the defendant of this request.

Should you have any questions please do not hesitate to contact me.

Very truly yours,

Dodi Goetz
Dodi Goetz
Legal Assistant

CONFERENCE ADJOURNED TO 5/1/08 AT 9:15 A.M. IF THE PARTIES SETTLE BEFORE THEN, PLEASE NOTIFY THE COURT.

SO ORDERED:
Date: 4/14/08

Richard A. Berman
Richard M. Berman, U.S.D.J.