UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.

              Plaintiff,              Index # 08-CV-02868

   -against-

                                              **CERTIFICATE OF SERVICE**

LOS PAISAS RESTAURANT DELI
and ELOY CASTRO
and LAURA CASTRO

              Defendants,

_____

       I certify that I notified the Defendants of the adjourned date of May 1, 2008 at 9:15 a.m. was sent via the U.S. Postal Service certified mail within the State of New York, First Class Mail addressed to the following on April 14, 2008:

To:    Los Paisas Restaurant Deli
        898 Amsterdam Avenue
        New York, NY 10025

        Eloy Castro
        57 W. 84th Street, Apt. 4E
        New York, NY 10025

        Laura Castro
        57 W. 84th Street, Apt 4E
        New York, NY 10025


                            By:    /s/ Lucille Eichler
                                     Lucille Eichler
                                     Paul J. Hooten & Associates
                                     5505 Nesconset Highway, Suite 203
                                     Mt. Sinai, NY 11766