**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

J & J SPORTS PRODUCTIONS, INC.,                  :
                                                 :
                              Plaintiff,         :      08 Civ. 2868 (RMB)
                                                 :
              -against-                           :      **ORDER OF DISCONTINUANCE**
                                                 :
LOS PAISAS RESTAURANT DELI, et al.,              :
                                                 :
                              Defendants.         :
-------------------------------------------------------X

    Based on Plaintiffs having indicated in a letter, dated April 30, 2008, that the parties have reached a settlement agreement in principle, it is hereby

    **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

    The conference scheduled for 9:15 a.m. on Thursday, May 1, 2008 is vacated.

**SO ORDERED**.

Dated:  New York, New York
        April 30, 2008

                                        _____
                                        Richard M. Berman, U.S.D.J.